**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION**

**NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGH, PA.,**

      Plaintiff,

      v.

**MICHELLE IRELAND,**

      Defendant.

CASE NO. 3:25 CV 2149

JUDGE JAMES R. KNEPP II

**ORDER**

Currently pending before the Court in this is *pro se* Defendant Michelle Ireland's Motion For Appointment of Counsel. (Doc. 10).

There is no constitutional or statutory right to appointment of counsel in a civil case and the decision is left to the discretion of the district court. *Lavado v. Keohane*, 992 F.2d 601, 604 (6th Cir. 1993); *Schultz v. Hansen,* 28 F. App'x 513, 515 (6th Cir. 2002); *Farmer v. Haas*, 990 F.2d 319, 323 (7th Cir. 1993). The Sixth Circuit has characterized appointment of counsel in civil cases as "a privilege that is justified only by exceptional circumstances." *Lavado*, 992 F.3d at 606. In accordance with this precedent, the Northern District of Ohio Local Rules provide that "[a]ssignment of counsel is not a right of a pro se litigant but may be utilized in those limited cases where the judicial officer believes such an assignment is warranted." Loc Civ. R. 83.10.

Here, despite the difficulties cited regarding litigating from a prison setting, the Court finds Defendant has not shown this is one of "those limited cases" involving "exceptional circumstances" which warrant the appointment of pro bono counsel. Defendant's motion (Doc. 10) is denied.

IT IS SO ORDERED.


 s/ *James R. Knepp II*
UNITED STATES DISTRICT JUDGE

Dated: March 3, 2026